```
             DISTRICT COURT OF THE VIRGIN ISLANDS
               DIVISION OF ST. THOMAS AND ST. JOHN
```

OSBERT E. POTTER[1], Lieutenant   )
Governor, in his capacity as      )
Commissioner of Insurance and     )
EDITH BLYDEN,                     )
                                  )   Civil No. 1991-271
            Plaintiffs,           )
                                  )
       v.                         )
                                  )
PHOENIX FIRE AND MARINE           )
INSURANCE COMPANY LTD, HAROLD     )
ROJAS, and BERNADETTE MARTIN,     )
                                  )
            Defendants.           )

**ATTORNEYS:**

**Claude Walker, Attorney General**
**Carol Thomas-Jacobs, AAG**
Office of the Attorney General
St. Thomas, U.S.V.I.
   *For the Virgin Islands.*

**Pedro K. Williams, Esq.**
Law Office of Frazer and Williams
St. Thomas, U.S.V.I.
   *For Edith Blyden.*

**Tina La Borde, Esq.**
**Chris Q. Bottimore, Esq.**
Legal Services of the Virgin Islands, Inc.
St. Thomas, U.S.V.I.
   *For Harold Rojas.*

**Marshall A. Bell, Esq.**
Marshall Bell & Associates
St. Thomas, U.S.V.I.
   *For Bernadette Martin.*

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the caption of this matter was changed to reflect the substitution of the current Lieutenant Governor as a party.

*Potter v. Phoenix Fire, et al.*
Civil No. 1991-271
Order
Page 2

# ORDER

**GÓMEZ, C.J.**

Before the Court is the motion of Lieutenant Governor Osbert E. Potter in his capacity as Commissioner of Insurance, in which he asks to be discharged as Liquidator of Phoenix Fire and Marine Insurance Company, Ltd ("motion to discharge").

For the reasons articulated by the Court during the conference held on September 29, 2016, it is hereby

**ORDERED** that the motion to discharge docketed at ECF Number 251 is **DENIED** without prejudice.

```
S_____
    Curtis V. Gómez
    District Judge
```